# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2692
LT Case No. 2012-CF-1492-A

_____

KIRK MARCUS FOSTER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Kirk Marcus Foster, Punta Gorda, pro se.

Ashley Moody, Attorney General, and Michael McDermott,
Assistant Attorney General, Tallahassee, for Appellee.


February 20, 2024


PER CURIAM.

    AFFIRMED.

WALLIS, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____